IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WARNER BROS. RECORDS INC., et al.,

    Plaintiffs,

    v.                                                                    CIV. No.08-490 BB/ACT

EDWARD SAIENNI,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Plaintiff Warner Bros. Records, Inc.'s Motion to Compel Discovery filed on September 21, 2010.  [Doc. 21.] Plaintiff's Motion to Compel is based on interrogatories submitted to Defendant Edward Saienni after the Honorable Bruce Black entered a default judgment against the Defendant Saienni. [*Id.* at Ex. A; Doc. 9, Doc. 15 and Doc. 17.]  Plaintiff's discovery is therefore discovery in aid of collection.  *See* Fed.R.Civ.P. 69; Fed.R.Civ.P. 26(b)(1).  "A judgment creditor is entitled to the identity and location of any of the judgment debtor's assets, wherever located."  *Rosann Williams et al. V. W.D. Sports N.M., Inc. et al.*, No. Civ. 03-1195 WPJ/ACT , Aug. 4, 2005 (Doc. 328), *quoting National Service Industries, Inc. v. Vafla Corp.,* 694 F.2d 246 (11th Cir. 1982).

Defendant Saienni has not filed a Response.  A party's failure "to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion."  D.N.M.LR-Civ. 7.1(b).

**IT IS THEREFORE ORDERED THAT** Plaintiff Warner Bros. Records, Inc. Motion to Compel Discovery [Doc. 21] is GRANTED.  Mr. Saienni will answer the interrogatories within twenty (20) days of this Order.

1

**IT IS FURTHER ORDERED THAT** Mr. Saienni will pay Plaintiff Warner Bros. Records, Inc. attorney fees in the amount of $250.00 within twenty (20) days of this Order.

_____
**ALAN C. TORGERSON**
**United States Magistrate Judge**